# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

JEREMY BENJAMIN GIESKE

v.

GLEN TURNER, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 04-1339-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 06/30/05, this case is hereby DISMISSED for failure to exhaust administrative remedies. It is further CERTIFIED that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal by plaintiff is not taken in good faith and the plaintiff may not proceed on appeal *in forma pauperis*. If the plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore v. Wigglesworth, 114 F.3d 601, 610-11 (6th Cir. 1997) and 28 U.S.C. § 1915(b).

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

7/5/05      BY: _____
DATE                               DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 07-05-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:04-CV-01339 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Jeremy Benjamin Gieske
HARDEMAN COUNTY CORRECTIONAL FACILITY
339800
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT